Supreme Court Building 37,925-11
201 West 14th Street Room 106, Austin, TX 78701

Rodolfo Garcia 768418
LH. 1098 S. HWY 2037
Fort Stockton, TX 79735

§
§
§
§
§

This document contains some pages that are of poor quality at the time of imaging.

Cause #2156

## THIS IS AN EXTRAORDINARY WRIT
## MOTION TO VERIFY A CONVICTION

Now Comes Relator Rodolfo Garcia, an inmate, Pro-se with a Petition to verify a Conviction in the 83rd District Court of Pecos County, Texas, for the Offense of aggravated sexual assault of a child.

Defendant was convicted of: Aggravated Assault Committed according to Court's documents on the 1st day of September, 1993, in Pecos County, Texas.

In open Court on Nov. 12, 1996 defendant Garcia entered a Plea of guilty to the charge with/out understand the consequences of the Plea defendant Plea guilty only based on his attorney's advice.

The Defendant is not guilty on Cause 2156 and Defendant never committed the Crime. Defendant Garcia Plea guilty to another Charge Cause #2154 and defendant served 19th years Flat and obtained Parole, and the defendant is serving unjustly 40 consecutive years on Cause 2156.

Defendant never have been in Prison before this is the first time that defendant Rodolfo Garcia is serving time in the Texas Department of Criminal Justice.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

(1)

RECEIVED IN L
COURT OF CRIMINAL APPEALS

NOV 23 2015 CS
To for review

Abel Acosta, Clerk

On the 5th day of September, 2002, defendant filed a motion for production of forensic DNA evidence. And the Court made the following facts findings:

1- No forensic DNA evidence currently exist.

2- The examination of the official court's record of the prosecuting attorney reveal that no such forensic DNA evidence ever existed.

3- The identity of the defendant was never at issue.

Please check exhibit (1).

The Parole Board denied my parole on 7-9-08 because the records according to the Board and Paroles indicates use of a weapon. And on August 12, 2011 the Board of Paroles use the same pretext to deny my parole. The use of a weapon is again yet another redundancy stating an already known fact that was concidered at trial and Sentencing. The courts weighed these options before mandating the required amount of time that needed to be served as required law. Please check exhibit D-2G. Concerning weapon.

And indictment Cause # 2156 I never committed this crime and I'm doing 40 years unjustly. Please Check exhibit # (3).

I have been diagnosed with Colon Cancer, and I'm a diabetic for 20 years. An according to the Board of Pardons and Paroles My new Sentence on Cause 2156 was backdated and my sentence begin date of 03-27-14, and my next Parole eligibility date is on 03-27-2034? Please check exhibit (4).

(2)

Wherefore, Premises Considered, the Defendant's Motion for relief.

Respectfully Submitted,

ID- 768418 Rodolfo A. Garcia Pro-Se

CERTIFICATE OF SERVICE

I hereby certify that on Nov. 18, 2015. I have delivered a copy of the above and foregoing Instrument by depositing Same in a Post-Paid Properly addressed envelope under the Care and Custody of the United States Postal Service, and reply requested from the Supreme Court Building.

Pursuant to title 28 U.S.C. § 1746 and title 6 of the Texas Civil Practices and Remedies Code, Chapter 132, the following Declaration being Unsworn is Codified Under State and Federal Law.

Respectfully Submitted,

ID-768418 Rodolfo Garcia Pro-Se
LH. 1098 S. HWY 2037
Fort Stockton, Texas 79735

Exhibit ③

BOND $ _____

CAUSE NUMBER _2156__

THE STATE OF TEXAS                    )(    IN THE DISTRICT COURT OF
                                      )(
VS.                                   )(    PECOS COUNTY, TEXAS
                                      )(
RODOLFO ALVARADO GARCIA               )(    _83rd_ JUDICIAL DISTRICT

## INDICTMENT

DEFENDANT:  **RODOLFO ALVARADO GARCIA**
DATE OF BIRTH:  **JULY 9, 1955**
FELONY CHARGE:  **AGGRAVATED       ASSAULT**

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Pecos County, Texas presents in the District Court of Pecos County, Texas, that in Pecos County, Texas, RODOLFO ALVARADO GARCIA, hereafter styled the Defendant, heretofore on or about September 1, 1993, the exact date unknown by the Grand Jury but prior to the presentment of this indictment, did then and there intentionally and knowingly cause the sexual organ of the Defendant to penetrate the mouth of J. U., a child younger than 14 years of age and not the spouse of the Defendant,

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_Rita Rector_
_____
PRESIDING JUROR



FILED
AT _5:10_ O'CLOCK _P_ M
PEGGY YOUNG
Clerk of District Court
Pecos County, Texas
By_____ Deputy

JUL 1 8 1994

AT 2:10 O'CLK
JANICE STO
Clerk of Cler
Pecos Cour
By _Janice Stockbridge_

NOV 12 1996
Vol. 19
Pg. 189

CAUSE NO. 2156

THE STATE OF TEXAS     §

VS.     §

§

§     IN THE DISTRICT COURT OF

§     PECOS COUNTY, TEXAS

RODOLFO ALVARADO GARCIA     §     83RD JUDICIAL DISTRICT

## JUDGMENT ON PLEA OF GUILTY BEFORE COURT WAIVER OF JURY TRIAL

Judge Presiding: **ALEX GONZALEZ**     Date of Judgment: 11-12-96

Attorney     Attorney

For State: **ALBERT G. VALADEZ**     For Defendant: EDWARD T. GARZA

Offense

Convicted of: **AGGRAVATED    ASSAULT**

Penal Code Section Violated: 22.021

Degree: 1ST

    Date Offense

    Committed: **SEPTEMBER 1, 1993**

Charging

Instrument: **Indictment**     Plea: **Guilty**

Terms of

Plea Bargain (in detail): 40 years TDCJ,ID to run consecutive to Cause No. 2154 and §12.45 the     with a child committed on or about September 12, 1996; $169.50 court cost

Plea to Enhancement     Findings on

Paragraph(s): **N/A**     Enhancement: **N/A**

Findings on Use

of Deadly Weapon: **N/A**

Findings that drugs or alcohol significantly contributed to the commission of the offense: _N/A_

Driver's License

Suspended: _N/A_     Open Container: _N/A_

Date Sentence

Imposed: _11-12-96_     Costs: **169.50**

Punishment and Place of Confinement: TDCJ,ID _40 years_

Date to Commence: _11-12-96_

Time Credited: _280 days_     Total Amount of Restitution: _0_

Concurrent

Unless Otherwise Specified: _Consecutive to Cause No. 2154_

### JUDGMENT

ON THIS the 12TH day of NOVEMBER, 1996, the above entitled and numbered cause was called for trial. Then came the State of Texas, by and through her District Attorney/Assistant District Attorney for the 83RD Judicial District, and the Defendant, **RODOLFO ALVARADO GARCIA**, who appeared in person and by his attorney of record, **EDWARD T. GARZA**. The District Attorney announced ready for trial and the Defendant, by and through his attorney, after also announcing ready for trial, in person and in

DEFENDANT'S
EXHIBIT
D-26

A TRUE AND CORRECT COPY I DO HEREBY
CERTIFY. VOL _19_ PAGE _189_
DATE _Jan 10, 2002_
KAYE CREECH
DISTRICT CLERK, PECOS COUNTY
BY: _____ DEPUTY

IN THE 83RD DISTRICT COURT
OF PECOS COUNTY, TEXAS

FILED
AT 5:00 P M

Vol 27, P 377

CLERK OF DISTRICT COURT
PECOS COUNTY, TEXAS
BY: _____ DEPUTY

THE STATE OF TEXAS          :

V.                          :          NO. 2154 & 2156

RODOLFO A. GARCIA          :

## ORDER

On the 5th day of September, 2002, came on to be considered the motion of movant for production of forensic DNA evidence, and appearing before the Court was Frank Lacy as Assistant District Attorney for Pecos County, Texas, and Martin O. Adams, as court appointed counsel for movant. The Court then proceeded to receive into evidence the exhibits offered and heard the argument of counsel; and having duly considered the same, the Court makes the following fact findings:

1. That no forensic DNA evidence currently exists; and,

2. That an examination of the official court's record and of the records of the prosecuting attorney reveal that no such forensic DNA evidence ever existed so far as is known to the State and to the Court; and

3. That the trial record reveals that the identity of the defendant was never at issue.

Therefore, the Court having duly considered the foregoing, the motion by defendant for forensic DNA testing be and is hereby denied.

Signed this _1st_ day of October, 2002.

_Carl Pendergrass_
Carl Pendergrass, District Judge

A TRUE AND CORRECT COPY I DO HEREBY
CERTIFY VOL. _____ PAGE _____
DATE _11/6/10_
GAYLE HENDERSON
DISTRICT CLERK PECOS COUNTY
BY: _____ DEPUTY



# STATE OF TEXAS
# BOARD OF PARDONS AND PAROLES

February 05, 2015

Mr. Rodolfo Garcia
TDCJ-CID/SID # 768418
Lynaugh Unit
1098 South Highway 2037
Fort Stockton, Texas 79735

Dear Mr. Garcia:

The information you provided will be forwarded for placement in your permanent file to be available for consideration by the Parole Panel at the appropriate time. The case is not in review at this time. Information you wish to present may be addressed to Texas Department of Criminal Justice - Parole Division, Attn: Correspondence, P.O. Box 13401, Capitol Station, Austin, Texas 78711.

According to our records you were received in TDCJ-CID in 1996 and have not been out of custody since that time. On January 1st, 2015, you were granted parole on cause # 2154. Your time for cause # 2156 was backdated to a sentence begin date of 03-27-14. Your next parole eligibility date is 03-27-34.

C. Owen
Amarillo IPO